1  Kent Khtikian, Esq. (#99843)
   Katzenbach and Khtikian
2  1714 Stockton Street, Suite 300
   San Francisco, California  94133-2930
3  Telephone: (415) 834-1778
   Facsimile: (415 834-1842
4  Attorneys for Plaintiffs

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11
   BRICKLAYERS AND ALLIED CRAFTWORKERS        ) Case No. CV 10-0112 EMC
12 LOCAL UNION NO. 3, AFL-CIO;                 )
   TRUSTEES OF THE NORTHERN CALIFORNIA        )
13 TILE INDUSTRY PENSION TRUST; TRUSTEES      )
   OF THE NORTHERN CALIFORNIA TILE            )
14 INDUSTRY HEALTH AND WELFARE TRUST FUND;    ) STIPULATION TO CONTINUE
   TRUSTEES OF THE NORTHERN CALIFORNIA        ) CASE MANAGEMENT
15 TILE INDUSTRY APPRENTICESHIP               ) CONFERENCE
   AND TRAINING TRUST FUND; TILE INDUSTRY     )
16 PROMOTION FUND OF NORTHERN CALIFORNIA,     )
   INC., a not-for-profit California corporation; )
17 TILE EMPLOYERS CONTRACT ADMINISTRATION     )
   FUND; TRUSTEES OF THE INTERNATIONAL        )
18 UNION OF BRICKLAYERS AND ALLIED            )
   CRAFTWORKERS PENSION FUND,                 )
19                                            )
          Plaintiffs,                         )
20                                            )
   vs.                                        )
21                                            )
   ERIC LAWRENCE YOUNG, as an individual and doing )
22 business as "Diablo Designs Tile And Marble"; ) CMC Current Set For:
   AMERICAN CONTRACTORS INDEMNITY             ) Date: April 21, 2010
23 COMPANY, a California corporation,         ) Time: 1:30 p.m.
                                              ) Courtroom: C (15th Fl)
24        Defendants.                         )    San Francisco
   _____ _____)
25
          Plaintiffs and Defendant, American Contractors Indemnity Company ("ACIC"), by and
26
   through their counsel of record stipulate as follows:
27
          1. On April 14, 2010 plaintiffs filed a request for entry of the default of Young.
28
          2. Plaintiffs have agreed to provide ACIC withing the next 2 working days with copies of

1 documents from Young which Plaintiffs believe constitute an admission by Young that the

2 principal amount owed by Young to Plaintiffs exceeds $41,000.  The maximum amount payable

3 on the bond underwritten by ACIC in claims such as that in the instant controversy is $4,000.

4   3. Plaintiffs and ACIC have quickly settled similar claims in the past.

5   4. ACIC is inclined to settle this matter upon reviewing the documents from Plaintiffs.

6   5. Plaintiffs and ACIC believe that there is a very high probability that Plaintiffs claims

7 against ACIC will be settled within 30 days.

8   6. Plaintiffs intend to file a motion for default judgment against Young following entry of

9 default by the Clerk.  Plaintiffs expect to file such a motion within 90 days.

10   On the basis of the foregoing, Plaintiffs and ACIC request that the Court continue the

11 case management conference, currently calendered for April 21, 2010 at 1:30 p.m., before

12 Magistrate Judge Chen, for 90 days.

13   So Stipulated:

14         Lanak & Hanna, P.C.

15

16 Dated: April 19, 2010    By:_____/s/ Robert Stroj_____
            Robert Stroj

17        Attorneys for American Contractors Indemnity Company

18

19

         Katzenbach & Khtikian

20

21

 Dated: April 19, 2010    By: _____/s/ Kent Khtikian_____

22          Kent Khtikian
         Attorneys for Plaintiffs

23

24

25       **Attestation Of Concurrence**
   I, Kent Khtikian, declare that Robert Stroj has signed the Stipulation set forth above and

26 that I have in my possession their signatures on this document.
   I declare under penalty of perjury that the foregoing is true and correct.

27   Executed this 20th day of April 2010, in San Francisco, California.

28       _____/s/ Kent Khtikian_____
        Kent Khtikian

1

**ORDER**

2     It is hereby ordered that the case management conference in this matter currently

3 scheduled for April 21, 2010 shall be continued to _____7/28_____, 2010  at

4 ____1:30pm____ in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco.   A joint cmc

5  statement shall be filed by 7/21/10.

6
                 4/20/10
7  Dated:_____        _____

8                                              Hon.

9

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28